| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br>FILIPPINE, EDWARD L | 2. Court or Organization<br>USDC, EDMO | 3. Date of Report<br>4/20/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge-Senior | 5. ReportType (check appropriate type)<br>◯ Nomination,   Date<br>◯ Initial   ◉ Annual   ◯ Final | 6. Reporting Period<br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br>T.F. Eagleton U.S. Courthouse<br>111 S. 10th St, Room 10.137<br>St. Louis, MO 63102 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____   Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.   (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE**   - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS.   (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE**   - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED
Apr 25   10 15 AM '05
FINANCIAL
DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing ios uctions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment incom .)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the repo ting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No eportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food. entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions. )

☑ NONE - (No such repo table reimbursements)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FILIPPINE, EDWARD L | 4/20/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transaction (include those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Bank of America, account | A | Interest | J | T | | | | | |
| 2. Bank of America (IRA#1) (CDs) | A | Int/Distrib | J | T | | | | | |
| 3. Bank of America (IRA#2) (CDs) | A | Int/Distrib | J | T | | | | | |
| 4. Southwest Bank, account | A | Interest | K | T | | | | | |
| 5. Brokerage Account -- | | | | | | | | | |
| 6. -- Robt. W. Baird & Co (IRA#1) | A | Div/Distrib | K | T | | | | | |
| 7. *First TR654-UNIT PHARM PORT SER 14 SEM REIN | | | | | | | | | |
| 8. *General Money Market | | | | | | | | | |
| 9. -- Robt. W. Baird & Co. (IRA#2) | A | Div/Distrib | J | T | | | | | |
| 10. *First TR654-UNIT PHARM PORT SER 14 SEM REIN | | | | | | | | | |
| 11. *General Money Market | | | | | | | | | |
| 12. --Seligman Growth Fund Cl A, mutual fund | | None | J | T | | | | | |
| 13. --GSK, common stock | A | Dividend | J | T | | | | | |
| 14. --EMC, common stock | | None | K | T | | | | | |
| 15. --BAC, common stock | A | Dividend | J | T | | | | | |
| 16. --Missouri ST HLTH & EDL FACS, bond | A | Interest | J | T | | | | | |
| 17. --CAG, common stock | A | Dividend | J | T | | | | | |
| 18. --FITB, common stock | B | Dividend | L | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes: (See Column C1 and D3)
J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| FILIPPINE, EDWARD L | 4/20/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. --SEL, common stock | A | Dividend | J | T | | | | | . |
| 20. --NTAP | | None | J | T | | | | | |
| 21. --Missouri ST HEFA HLTH FACS Rev Jeff. Mem. Hosp, bond | A | Interest | J | T | | | | | |
| 22. --General Money Market at Robt. W. Baird & Co. | A | Interest | J | T | | | | | |
| 23. --Missouri ST HLTH & EDL FACS Auth HLTH OID Bk Entry, bond | A | Interest | J | T | | | | | |
| 24. --Missouri ST HLTH & EDL FACS OID Bk Entry, bond | A | Interest | J | T | | | | | |
| 25. --GE, common stock | A | Dividend | J | T | | | | | |
| 26. --Missouri ST ENVIRON IMPT & ENERGY, bond | A | Interest | J | T | | | | | |
| 27. --CMCSA, common stock | | None | J | T | | | | | |
| 28. --PIMCO FDS HI YLD CL C, mutual fund | A | Dividend | | | Sold | 05/05 | J | A | |
| 29. --KMP, limited partnership | A | Dividend | J | T | | | | | |
| 30. -- MO, common stock | A | Dividend | K | T | | | | | |
| 31. --PGN, common stock | A | Dividend | J | T | | | | | |
| 32. --SPI, common stock | A | Dividend | J | T | | | | | |
| 33. --VLI, limited partnership | A | Dividend | K | T | | | | | |
| 34. Phoenix Life Insurance Co., whole life | A | Div/Interest | J | T | | | | | |
| 35. Great West Life & Ann. Ins. Co., whole life | A | Div/Interest | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (indicate part of Report.)

| | |
|---|---|
| BAC | Bank of America Corporation |
| CAG | Conagra, Incorporated |
| CMCSA | Comcast Corporation |
| EMC | EMC, Inc. |
| FITB | Fifth Third Bancorp |
| GE | General Electric Corporation |
| GSK | Glaxo-SmithKline PLC |
| KMP | Kinder Morgan Energy Partners LP Unit LP int |
| MO | Altria Group, Inc. |
| NTAP | Network Appliances, Inc. |
| PGN | Progress Energy, Inc. |
| PNX | The Phoenix Companies, Inc. |
| SEL | Seligman Select Municipal Fund |
| SPI | Scottish Power PLC SPONs |
| VLI | Valero LP |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | FILIPPINE, EDWARD L | 4/20/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date _April 20, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544